| | |
|---|---|
| 1 | Richard J. Grabowski (State Bar No. 125666) |
| | rgrabowski@JonesDay.com |
| 2 | John A Vogt (State Bar No. 198677) |
| | javogt@jonesday.com |
| 3 | JONES DAY |
| | 3161 Michelson Drive |
| 4 | Suite 800 |
| | Irvine, CA  92612.4408 |
| 5 | Telephone:  +1.949.851.3939 |
| | Facsimile:   +1.949.553.7539 |
| 6 | |
| | Attorneys for Defendant |
| 7 | Experian Holdings, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BRAUTIGAM, individually and on behalf o all others similarly situated; | Case No. 8:15- cv-1616 JLS (JCGx) |
| | Hon. Josephine Staton |
| Plaintiff, | **EXPERIAN HOLDINGS INC.'S NOTICE OF INTERESTED PARTIES** |
| vs. | |
| EXPERIAN HOLDINGS, INC., | Complaint filed: October 7, 2015 |
| Defendant. | |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Experian Holdings, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

|   |   |   |   |
|---|---|---|---|
| 1 | | (c) | New Management Services LLC |
| 2 | | (d) | VantageScore Solutions LLC |
| 3 | | (e) | Opt-Out Services LLC |

4   3.   Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated:  October 13, 2015                     JONES DAY

By: */s Richard J. Grabowski*
Richard J. Grabowski

Counsel for Defendant
EXPERIAN HOLDINGS, INC.

NAI-1500584099v1