1  Richard J. Grabowski (State Bar No. 125666)
   rgrabowski@JonesDay.com
2  John A Vogt (State Bar No. 198677)
   javogt@jonesday.com
3  JONES DAY
   3161 Michelson Drive
4  Suite 800
   Irvine, CA  92612.4408
5  Telephone:   +1.949.851.3939
   Facsimile:    +1.949.553.7539
6
7  Attorneys for Defendant
   EXPERIAN HOLDINGS, INC.
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BRAUTIGAM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN HOLDINGS, INC..<br><br>　　　　Defendant. | Case No. 8:15- cv-1616 JLS (JCGx)<br><br>Hon. Josephine Staton<br><br>**DEFENDANT EXPERIAN HOLDINGS, INC.'S NOTICE OF RELATED CASES**<br><br>**[LOCAL RULE 83-1.3]** |

# NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3, Defendant Experian Holdings Inc. ("Experian") identifies the following related actions: *Bhuta v. Experian Information Solutions, Inc.*, No. 8:15-cv-1592-AG-DFM ("*Bhuta*"); *Ryan, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01595-JVS-DFM ("*Ryan*"); *Franco v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01598-AG-KES ("*Franco*"); *Luna v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01603 ("*Luna*"); *Ohring v. Experian Information Solutions, Inc.*, No. 8:15-cv-01612 ("*Ohring*"); and *Leitner v. Experian Information Solutions et al.*, No. 8:15-cv-01620 ("*Leitner*").

The above-captioned action relates to the *Bhuta*, *Ryan Franco*, *Luna*, *Ohring*, and *Leitner* actions because each action: (1) arises from the same transactions, happenings, or events; and (2) calls for a determination of the same or substantially identical questions of law and fact. Specifically, each action arises from the same event: The unauthorized access of T-Mobile data housed in an Experian server. Each action asserts claims for negligence and violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., therefore calling for a determination of substantially identical questions of law in addition to substantially identical questions of fact.

The *Bhuta* matter is the first-filed action, and is assigned to the Honorable Andrew J. Guilford. Accordingly, the above-captioned action is related to the *Bhuta*, *Ryan, Franco*, *Luna*, *Ohring*, and *Leitner* actions, and the above-captioned action should be assigned to the Honorable Andrew J. Guilford, who is currently presiding over *Bhuta*. presiding over *Bhuta*.

Dated: October 13, 2015                    JONES DAY

                                           By: */s/ Richard J. Grabowski*
                                                Richard J. Grabowski

                                           Counsel for Defendant
                                           EXPERIAN HOLDINGS, INC.